# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br><br>    Kemaya Farley <br><br>    Debtor(s) | Case No. 11 B 48381 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/30/2011.

2) The plan was confirmed on 03/19/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/24/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/03/2013.

5) The case was Dismissed on 10/16/2013.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,323.09 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $7,323.09

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,052.23 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $315.11 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,367.34

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advance America | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,400.00 | 1,862.69 | 1,862.69 | 0.00 | 0.00 |
| Aspen/Fb&T | Unsecured | 1,362.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 367.00 | NA | NA | 0.00 | 0.00 |
| CBM Inc | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 3,124.62 | 3,669.42 | 3,669.42 | 0.00 | 0.00 |
| Comcast | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 381.53 | 534.14 | 534.14 | 0.00 | 0.00 |
| Consultants In Clinical Pathol | Unsecured | 4.50 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 6,837.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 2,412.00 | 74,441.80 | 74,441.80 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 7,728.00 | 5,701.36 | 5,701.36 | 0.00 | 0.00 |
| Fair Collections & Out | Unsecured | 9,344.35 | NA | NA | 0.00 | 0.00 |
| Fast Cash Advance | Unsecured | 600.00 | 1,629.05 | 1,629.05 | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Fncc | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Services Corp | Unsecured | 84.62 | 1,271.66 | 1,271.66 | 0.00 | 0.00 |
| Genetos Retson Yoon & Molina LLP | Unsecured | 358.00 | 467.53 | 467.53 | 0.00 | 0.00 |
| Gleason & Gleason | Priority | 3,500.00 | NA | NA | 0.00 | 0.00 |
| Goggins & Lavintman PA | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Hammond Clinic | Unsecured | 14.20 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 953.23 | NA | NA | 0.00 | 0.00 |
| Hunter Warfield | Unsecured | 226.63 | NA | NA | 0.00 | 0.00 |
| Hunter Warfield | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| I C Systems Inc | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 90.00 | 176.67 | 176.67 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 305.40 | 305.40 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,354.00 | 1,401.00 | 1,401.00 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 8,000.00 | 9,720.66 | 9,720.66 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 1,316.05 | 1,316.05 | 0.00 | 0.00 |
| ISAC | Unsecured | 30,233.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 16,041.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 14,938.00 | NA | NA | 0.00 | 0.00 |
| L A Fitness | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| LCA Collections | Unsecured | 9.10 | NA | NA | 0.00 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| Mca Management Co | Unsecured | 2,351.13 | 2,251.13 | 2,251.13 | 0.00 | 0.00 |
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 92.23 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 891.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | NA | 103.59 | 103.59 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 711.00 | 308.39 | 308.39 | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 851.70 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 282.00 | 292.71 | 292.71 | 0.00 | 0.00 |
| Opportunity Financial LLC | Unsecured | 850.00 | 545.95 | 545.95 | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| Pediatric Associates | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| Plains Commerce Bank | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 308.86 | 308.86 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 27,730.00 | 28,093.07 | 28,093.07 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 397.00 | 422.16 | 422.16 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Secured | 27,730.00 | 15,640.00 | 8,915.00 | 4,360.44 | 595.31 |
| Quest Diagnostics Inc | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Radiologial Physician | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 5.40 | NA | NA | 0.00 | 0.00 |
| River Collection & Recovery | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory Physican | Unsecured | 2.70 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 19,876.00 | 29,649.25 | 29,649.25 | 0.00 | 0.00 |
| University of Illinois | Unsecured | 8,365.00 | NA | NA | 0.00 | 0.00 |
| Village Of Itasca | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Walgreens | Unsecured | 26.39 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $8,915.00 | $4,360.44 | $595.31 |
| **TOTAL SECURED:** | **$8,915.00** | **$4,360.44** | **$595.31** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $11,121.66 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$11,121.66** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$153,350.88** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,367.34 |
| Disbursements to Creditors | $4,955.75 |
| **TOTAL DISBURSEMENTS:** | **$7,323.09** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2014    By: /s/ Marilyn O. Marshall
                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**